STATE OF KANSAS, *Appellant*, v. CLIFTON F. ROLFE, *Appellee*.

No. 47,944

Opinion filed June 12, 1976.

*Stephen M. Joseph,* assistant district attorney, argued the cause, and *Curt T. Schneider,* attorney general, and *Keith Sanborn,* district attorney, were with him on the brief for the appellant.

No appearance by appellee.

*Per Curiam:* Appeal sustained.

RUSSELL ALEXANDER, *Appellee*, v. HAROLD ALEXANDER, *Appellant*.

No. 47,985

Opinion filed June 12, 1976.

*Howard Harper,* of Harper, Hornbaker, Abbott, and Hornbaker, of Junction City, argued the cause, and was on the brief for the appellant.

*Frank D. Oberg,* of Clay Center, argued the cause, and the firm of Arthur, Green, Arthur, and Conderman, of Manhattan, was with him on the brief for the appellee.

PRAGER, J. Affirmed.

STATE OF KANSAS, *Appellee*, v. LEE G. FRAZIER, *Appellant*.

No. 48,089

Opinion filed November 6, 1976.

*T. L. O'Hara,* of Warner, Bailey, O'Hara & Fitts, of Wichita, was on the brief for the appellant.

*Curt T. Schneider,* attorney general, *Keith Sanborn,* district attorney, and *Robert L. Kennedy, Jr.,* assistant district attorney, were on the brief for the appellee.

*Per Curiam:* Affirmed.